IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN RECO SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:11CV712-SRW |
| | ) (WO) |
| MICHAEL J. ASTRUE, Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT**

Upon consideration of the Commissioner's unopposed motion to reverse and remand (Doc. # 16), it is

ORDERED that the motion is GRANTED. It is the ORDER, JUDGMENT and DECREE of this court that the decision of the Commissioner is REVERSED and this action is REMANDED to the Commissioner for further proceedings as set forth in the Commissioner's motion.

DONE, this 2nd day of April, 2012.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE